# EXHIBIT "A"

MillerCards Card Shop Price Guides Collections Shop Finder Sign In Register

MillerCards News | Daily Break | Daily Break Archives | Sports Card Ranker | Favorites | Support

Home
Sports Cards News
Fantasy Football

My Sports Card Collection

Football Card Price Guide
Baseball Card Price Guide
Basketball Card Price Guide
Hobby Box Price Guide

Hobby Box Prices Comparison Tool
Card Shop Finder

Baseball Cards
Advanced Search
Search by Player
Search by Team
Browse by Brand

Football Cards
Advanced Search
Search by Player
Search by Team
Browse by Brand

Basketball Cards
Advanced Search
Search by Player
Search By Team
Browse By Brand

Hockey Cards New!
Advanced Search
Search by Player
Search By Team
Browse By Brand

Support
FAQ
Email Support
Report Error
Email Webmaster

## Miller Sports Sign Up

Miller Sports user name can be used on all Miller Sports sites. This includes MillerCards.net and HobbyBoxPrices.com.

* Denotes a required field

Desired User Name: *
Password: *
Re-enter Password: *
First Name:
Last Name:
Email: *
Zip Code: *
Favorite Baseball Team: Select Team
Favorite Football Team: Select Team
Favorite Basketball Team: Select Team
Favorite College Team: Select Team

## Miller Cards Terms of Service

### 1. Purchasing Cards

By accepting these terms, one agrees that cards are purchased as is. Miller Cards will not be responsible for errors made by the user.

### 2. Using the Site

All images and information are property of Miller Cards. By accepting this agreement, the user understands that use of information or images from this site is prohibited unless the user has obtained permission from Miller Cards. Users also agree that Miller Cards is not responsible for any false information on the site.

### 3. Posting Guidlines

In any forums or comments section, the user agrees that their comments shall refrain from vulgarity, harrasment, selling of services, or discussion of criminal activity.

### 4. Privacy Policy

Miller Cards requires information about its users from time to time. The user agrees that any information he/she supplies is accurate. Miller Cards agrees to only use information for purposes relating to the site.

Any users that violate these terms are subject to removal from the site.

☐ I have read and agree to Miller Cards Terms of Service.

Sign Up

$2.37 Philip Rivers 2007 Donruss Elite Series Gold Football Card

$4.12 Daunte Culpepper 1999 Stadium Club Football Card

$9.78 Joe Montana 1982 Topps Football Card

$2.95 Jerome Bettis 1993 Wild Card Superchrome Rookies Football Card

$3.08 Vince Young 2007 Donruss Elite Zoning Commission Gold Football Card

MASTERS FIRST & SECOND ROUNDS Thursday & Friday 3:00PM/ET ESPN LIVE ON WATCH ESPN

Check out these other selections from Miller Cards

$1.89 Eric Shelton 2005 Topps Heritage Football Card

$3.39 Alex Brink 2008 Leaf Rookies and Stars Longevity Football Card

$2.37 Brett Favre 2007 Score Franchise Football Card

$4.32 A.J. Green 2011 Donruss Elite Rookie NFL Shield Football Card

$2.13 Champ Bailey 1999 Collectors Edge Fury Gold Ingot Football Card

$3.90 Jake Locker, Daniel Thomas 2011 Upper Deck Dream Tandems Football Card

$4.12 Corey Dillon 1997 UD3 Football Card

$3.09 Kyle Williams 2010 Crown Royale Football Card

Copyright © 2007 - 2012 MillerCards.net

Home | Baseball Cards Advanced Search | Baseball Cards Ranker | Miller Sports Cards News | Daily Break
Miller Cards Support Center | Football Cards Advanced Search | Football Cards Ranker | Release Calendar | Price Comparison Tool

http://www.millercards.net/signupform.php

MillerCards Card Shop Price Guides Collections Shop Finder Sign In Register

MillerCards News Daily Break Daily Break Archives Sports Card Ranker Favorites Support

Baseball Price Guide

2010s
2000s
1990s
1980s
1970s
1960s
1950s
Pre 1950

Football Price Guide

Basketball Price Guide

## Baseball Card Price Guides

Advertisement

3 Easy Steps:
1. Click "Download"
2. Download on our website
3. Get PDF Reader

DOWNLOAD

### Recently Added or Updated Baseball Card Price Guides

Card Collecting Software thecardcollector... 4 Million Pre-Priced Cards & Sets Track your cards and its value

| | Price Guide Set | Date Updated |
|---|---|---|
| 2005 | Donruss Champions Recollection Autographs | Mar 25 |
| 2005 | Donruss Signature Hall of Fame Material Combo | Mar 25 |
| 2005 | Donruss Champions Press Plates Magenta | Mar 25 |
| 2005 | Donruss Champions Press Plates Black | Mar 25 |
| 2005 | Donruss Champions Impressions Orange | Mar 22 |
| 2005 | Donruss Champions Impressions Material Prime | Mar 18 |
| 2005 | Donruss Champions Impressions Material | Mar 18 |
| 2005 | Donruss Champions Impressions Green | Mar 18 |
| 2005 | Donruss Champions Impressions Gold | Mar 18 |
| 2005 | Donruss Champions Impressions Combos | Mar 18 |

### All Baseball Card Price Guides

Sets 1 to 50 of 32177
<< previous 1 2 3 4 5 6 7 8 9 10 next >> (Last Page)

| | |
|---|---|
| 1867 | Troy Haymakers CdVs |
| 1868-71 | Peck and Snyder Trade Cards |
| 1869 | Red Stockings Peck and Snyder |
| 1871 | Boston Red Stockings Wright Cabinets |
| 1876-41 | Spalding Baseball Guides |
| 1883 | California League Cabinets |
| 1883-41 | Reach Baseball Guides |
| 1886 | Giants J.Wood Studio Cabinets |
| 1886 | Giants Old Judge N167 |
| 1886 | Lorillard Team Cards |
| 1886 | Syracuse Stars Hancock |
| 1886-88 | Joseph Hall Cabinets |
| 1887 | Buchner Gold Coin N284 |
| 1887 | Four Base Hits N-Unc. |
| 1887 | Kalamazoo Bats N690-1 |
| 1887 | Kalamazoo Bats Team Cards N693 |
| 1887 | Kalamazoo Teams N690-2 |
| 1887 | Lone Jack N370 |
| 1887 | Tobin Lithographs |
| 1887 | W.S. Kimball N184 * |
| 1887-57 | New York Giants Yearbooks |
| 1887-89 | Old Judge Cabinets N173 |
| 1887-90 | Old Judge N172 |
| 1888 | August Beck N403 |
| 1888 | G and B Chewing Gum Co E223 |
| 1888 | R and S Artistic |
| 1888 | S.F. Hess and Co. Creole N321 |
| 1888 | Scrapps Tobacco Die Cuts |

$5.49
Evan Longoria
2008
Topps Update Gold Foil Baseball Card

$2.09
Alex Rodriguez
1999
Upper Deck Powerdeck Baseball Card

$1.89
Hideki Okajima
1994
BBM Japan Baseball Card

2012 ROOKIE STARS

$3.33
Brett Pill, Adron Chambers, Thomas Field, Drew Pomeranz
2012
Topps Heritage Baseball Card

$4.20
Mickey Mantle
1996
Stadium Club Mantle Baseball Card

$3.33
Alex Rodriguez
1993
Classic Four Sport Baseball Card

$9.49
Chuck Tanner
1956
Topps Baseball Card

$9.49
Al Rosen
1955
Topps Baseball Card

X GAMES AUSTIN JUNE 5-8
CIRCUIT OF THE AMERICAS
FLAMING LIPS
ROLLOVER FOR FULL LINEUP
NYJAH
GET TICKETS NOW >

http://www.millercards.net/sports-cards-price-guides.php

| | |
|---|---|
| 1888 | WG1 Card Game |
| 1888-57 | Brooklyn Dodgers Yearbooks |
| 1888-89 | Sporting Times M117 |
| 1889 | Braves Cabinets Smith |
| 1889 | Edgerton R. Williams Game |
| 1889 | N526 No. 7 Cigars |
| 1889 | Philadelphia Stage |
| 1889 | S.F.Hess and Co. N338-2 |
| 1891 | Braves Conly Cabinets |
| 1891 | Reds Cabinets Conly |
| 1893 | Duke Talk of the Diamond N135 |
| 1893 | Just So |
| 1894 | Duke Cabinets N142 |
| 1894 | Orioles Alpha |
| 1894 | Senators Cabinets Bell |
| 1895 | Mayos Cut Plug N300 |
| 1895 | Newsboy N566 |
| 1898 | Cameo Pepsin Gum Pins |
| 1898 | National Copper Plate |
| 1899 | Braves Chickering Cabinets |
| 1899-00 | Sporting News Supplements M101-1 |

<< previous 1 2 3 4 5 6 7 8 9 10 next >> (Last Page)

**Check out these other selections from Miller Cards**

$2.09 Barry Bonds 1991 Fleer Ultra Gold Baseball Card

$4.36 Vic Wertz 1961 Topps Baseball Card

$2.19 Mike Schmidt 2001 Upper Deck Decade 1970s Baseball Card

$2.20 Jeff Bagwell 2000 Upper Deck Ovation Baseball Card

$3.33 Albert Pujols 2012 Topps Golden Greats Baseball Card

$7.18 Roger Clemens 1987 Fleer All-Stars Baseball Card

$2.67 Aaron Myette 2000 Fleer Ultra Baseball Card

$9.69 Nolan Ryan 1991 Ryan Throws 7th No Hitter!!! Baseball Card

Copyright © 2007 - 2012 MillerCards.net

Home | Baseball Cards Advanced Search | Baseball Cards Ranker | Miller Sports Cards News | Daily Break
Miller Cards Support Center | Football Cards Advanced Search | Football Cards Ranker | Release Calendar | Price Comparison Tool
Miller Cards FAQ | Basketball Cards Advanced Search | Basketball Cards Ranker | Sports Cards Shop Finder | Sports Reference Links

http://www.millercards.net/sports-cards-price-guides.php

MillerCards Card Shop Price Guides Collections Shop Finder Sign In Register

MillerCards News Daily Break Daily Break Archives Sports Card Ranker Favorites Support

Home
Sports Cards News
Fantasy Football

My Sports Card Collection

Football Card Price Guide
Baseball Card Price Guide
Basketball Card Price Guide
Hobby Box Price Guide

Hobby Box Prices Comparison Tool
Card Shop Finder

Baseball Cards
Advanced Search
Search by Player
Search by Team
Browse by Brand

Football Cards
Advanced Search
Search by Player
Search by Team
Browse by Brand

Basketball Cards
Advanced Search
Search by Player
Search By Team
Browse By Brand

Hockey Cards New!
Advanced Search
Search by Player
Search By Team
Browse By Brand

Support
FAQ
Email Support
Report Error
Email Webmaster

## Sports Cards for Christmas

Mon 16th December 2013
11.15PM

If you are planning on giving that collector in your family some sports cards this year for Christmas, time is running out!

For delivery by Christmas, we need your orders to be in by December 19th at 11:59pm. On Friday, our last shipments will go out, and according to USPS, they will make it on time for the holidays.

For orders containing more than 100 cards, we cannot offer any guarantees. These packages are marked differently, so for the best chance to receive these orders, make your purchase as soon as possible.

Thanks and have a Merry Christmas and/or Happy Holidays!

### Other Recent News

- Welcome Back to MillerCards
- NFL Midseason Awards
- NFL Power Rankings Week 8
- NFL Power Rankings Week 7
- NFL Power Rankings Week 6

### Sports Cards featured Players

Randy Johnson Baseball Cards
Derek Jeter Baseball Cards
Nolan Ryan Baseball Cards
Mickey Mantle Baseball Cards
Babe Ruth Baseball Cards
Emmitt Smith Football Cards
Troy Aikman Football Cards
Brett Favre Football Cards
Peyton Manning Football Cards
Joe Montana Football Cards
Shaquille O'Neal Basketball Cards
Michael Jordan Basketball Cards
John Stockton Basketball Cards
Lebron James Basketball Cards
Kobe Bryant Basketball Cards

Browse Baseball Cards by Player
Browse Football Cards by Player
Browse Basketball Cards by Player

### Most Recent Box Break

**2008 Upper Deck Sweet Spot Hobby Tin**

### Last Ranked Sports Card

Roger Clemens
1998 Fleer Ultra

Ranked : 7
By Hashbrown
Average Rank : 7.00

### Sports Cards by Team

New York Yankees Baseball Cards
Dallas Cowboys Football Cards
Pittsburgh Steelers Football Cards
Boston Red Sox Baseball Cards
Boston Celtics Basketball Cards

Browse Baseball Cards by Team
Browse Football Cards by Team
Browse Basketball Cards by Team

### Recent Pack Breaks

9-05-10
2009/2010 Upper Deck Basketball
9-04-10
2009/2010 Upper Deck Basketball
9-03-10
2009/2010 Upper Deck Basketball

Download here

100% Free
PDF Reader
Download from our site
Advertisement

Copyright © 2007 - 2012 MillerCards.net

http://www.millercards.net/

# FREE BASEBALL CARDS PRICE GUIDE

Like 682

Help Keep The Price Guides Free!

**Baseball Card Price Guide**

- 2010s Baseball Cards
- 2000s Baseball Cards
- 1990s Baseball Cards
- 1980s Baseball Cards
- 1970s Baseball Cards
- 1960s Baseball Cards
- 1950s Baseball Cards
- 1940s Baseball Cards

**Sports Cards For Sale**

- Sports Cards
- Baseball Cards
- Football Cards
- Basketball Cards

**Resources**

- Fantasy Football
- Hobby Box Price Guide
- Football Card Price Guide
- Basketball Card Price Guide

## Welcome to Baseball Cards Price Guide

### Home of the Free Online Baseball Card Prices Guide

Our baseball card price guide features millions of baseball card prices averaged together to bring you a price guide for every baseball card in your collection. As our baseball trading cards database grows, it will continue to reflect any shifts the sports card industry may take. The values you find in our price guide are good buying prices.

Unlike other price guides, our value is very close to "street value". In short, you can buy and sell your baseball cards at or near our prices. Thanks for visiting the Baseball Cards Price Guide and make sure to tell your friends.

**Why use our Price Guide?**

- **Baseball Card Prices are averaged from many different sources.**
- **We offer a clean, never-ending source of Baseball Card Values**
- **Our Baseball Card Price Guide is Absolutely 100% FREE!**
- **Bottom Line: It will save you time and money.**

**Baseball Cards Price Guide Stats**

| | |
|---|---|
| **Priced Cards:** | **634,821** |
| **Prices Used:** | **3,715,579** |
| **Price Guide Sets:** | **14,960** |

Advertisement

3 Easy Steps:
1. Click "Download"
2. Download on our website
3. Get PDF Reader

DOWNLOAD

**Recently Added Baseball Card Prices**

- 2009 Topps Heritage # 693 Chris Coghlan SP RC
- 2009 Topps Heritage # 707 Tommy Hanson SP RC
- 2009 Topps Heritage # 702 Jason Bay SP
- 2009 Topps Heritage # 711 Trevor Cahill SP RC
- 2009 Topps Heritage # 695 Elvis Andrus SP RC
- 2009 Topps Heritage # 720 Russell Branyan SP
- 2009 Topps Heritage # 715 Nolan Reimold SP (RC)
- 2009 Topps Heritage # 705 Kendry Morales SP
- 2009 Topps Heritage # 688 Andrew McCutchen SP (RC)
- 2009 Topps Heritage # 708 Mark DeRosa SP

Copyright © 2010 MillerCards.net

# Click to start your pdf reader download...

Clicking this Download button starts InstallIQ, it manages your PDF Reader installation. Learn More about advertised offers during installation process and uninstall procedures for all software. PDF Reader is also available for free at the manufacturer website.

**OS & Browsers:**
OS: Windows XP/Vista/7.
Browsers Supported: Chrome, FF, IE, Opera, Safari

**About the software**
PDF file is one of the most common and usable document file type. Occasionally, you may need to read a PDF file that was sent to you. With our Free PDF reader, you can now open and view any PDF file you need. Get the latest version of the PDF reader now and enjoy for free!

**Changes to your browser homepage & Toolbar Installation**
During the installation process you may be offered to install a search toolbar, replace your browsers' homepage and change your browsers' default search engine to enhance your browser search experience. You are not required to install the toolbar or change your homepage/default search to use the software. See toolbar image example:

**More info about the software**
With our free PDF Reader you can now get access and view your PDF files. Today, many documents are saved as PDF and it has become extremely common file type. No need to buy expensive products to view these documents, just enjoy our free PDF Reader.

**Modified Installer**

free-7zip.com is distributing modified installers which differ from the originals. The modified installers are compliant with the original software manufacturer's policies and terms & conditions. InstallIQ™ is an install manager that will manage the installation of your selected software. In addition to managing the installation of your selected software, InstallIQ™ will make recommendations for additional free software that you may be interested in. Additional software may include toolbars, browser add-ons, game applications, anti-virus applications, and other types of applications. You are not required to install any additional software to receive your selected software. You can completely remove the program at any time in Windows' Add/Remove Programs.