# EXHIBIT "B"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-794-424**

**Effective date of registration:**

January 15, 2014

## Title

**Title of Work:** Autographs - A Comprehensive Price Guide to Sports Certified Autographs

**Volume** 1st Edition    **Number** 2013

**Frequency of publication** Annually

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** August 19, 2013    **Nation of 1st Publication:** United States

**International Standard Number:** ISBN    978193668175-4

## Author

- **Author:** Beckett Media, LLC

  **Author Created:** compilation

  **Work made for hire:** Yes

  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Beckett Media, LLC
4635 McEwen Road, Dallas, TX, 75244, United States

## Rights and Permissions

**Organization Name:** Beckett Media LLC

**Name:** Bill Sutherland

**Email:** bsutherland@beckett.com

**Address:** 4635 McEwen Road

Dallas, TX 75244 United States

## Certification

Name: Devon E. White
Date: January 10, 2014
Applicant's Tracking Number: MEDIA.22000

---

